IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DONALD STIDHEM,

        Plaintiff,

v.

LORINDA SCHWARTZ, Chaplain, et al.,

        Defendants.

2:15-cv-00379-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Thomas M. Coffin filed a Findings and Recommendation (ECF No. 98), and the matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections to the Findings and Recommendation. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore*

1 –ORDER

*Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude the report is correct.[1]

Magistrate Judge Coffin's Findings and Recommendation (ECF No. 98) is adopted in full. Defendants' Motion for Summary Judgment (ECF No. 76) is GRANTED.

IT IS SO ORDERED.

DATED this 10th day of January, 2018.

        /s/ Michael J. McShane
Michael McShane
United States District Judge

---

[1] The Court declines to consider arguments or evidence not presented to Judge Coffin.